No. ——. SNYDER *v.* WISDOM, U. S. CIRCUIT JUDGE, ET AL. Motion for leave to file application for mandamus remedy denied. *J. Minos Simon* for applicant.

No. 1382, Misc. IN RE DISBARMENT OF EDWARDS. It is ordered that William D. Edwards of Columbus, Ohio, be suspended from the practice of law in this Court and that a rule to show cause issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 440, Misc. DARNELL *v.* MOSELEY, WARDEN;
No. 932, Misc. EISENHARDT *v.* UNITED STATES;
No. 936, Misc. HITCHCOCK *v.* EYMAN, WARDEN, ET AL.;
No. 1105, Misc. NORTH *v.* BETO, CORRECTIONS DIRECTOR;
No. 1110, Misc. MULLIS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR; and
No. 1116, Misc. JENKINS *v.* UNITED STATES. Motions for leave to file petitions for writs of habeas corpus denied.

No. 600, Misc. HALL ET AL. *v.* CARTER, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 919, Misc. NEW MEXICO STATE GAME COMMISSION *v.* UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE DOUGLAS is of the opinion that the motion should be granted. *James A. Maloney,* Attorney General of New Mexico, and *James E. Sperling, George T. Harris, Jr.,* and *Peter J. Broullire III,* Special Assistant Attorneys General, on the motion.